UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH DIALS** | **CIVIL ACTION NO. 21-1660** |
| **VERSUS** | **JUDGE FELDMAN** |
| **PHILLIPS 66 COMPANY AND PHILLIPS 66** | **MAGISTRATE JUDGE DOUGLAS** |

### MOTION AND ORDER TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Defendants, Phillips 66 Company and Phillips 66, who move this Honorable Court for an Order withdrawing Mary Kathryn Gimber (#38748) of the law firm of Kean Miller LLP, 400 Convention Street, Suite 700, Baton Rouge, Louisiana 70802 as counsel of record for Phillips 66 Company and Phillips 66.

Phillips 66 Company and Phillips 66 will remain represented by Scott D. Huffstetler and Chelsea G. Caswell, and the withdrawal of Ms. Gimber will not delay trial of this matter. For this reason, Phillips 66 Company and Phillips 66 respectfully request that this Motion be granted.

Respectfully Submitted:

*/s/Scott D. Huffstetler*
Scott D. Huffstetler (#28615), T.A.
scott.huffstetler@keanmiller.com
Chelsea G. Caswell (#35147)
chelsea.caswell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700 (70802)
Post Office Box 3513
Baton Rouge, LA 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for Phillips 66 Company and Phillips 66*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following, by operation of the Court's electronic filing system:

Casey Rose Denson
cdenson@caseydensonlaw.com
Justine G. Daniel
jdaniel@caseydensonlaw.com
CASEY DENSON LAW, LLC
4601 Dryades Street
New Orleans, LA  70115

Baton Rouge, Louisiana this 17th day of December, 2021.

*/s/Scott D. Huffstetler*
Scott D. Huffstetler