UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH DIALS** | **CIVIL ACTION NO. 21-1660** |
| **VERSUS** | **JUDGE FELDMAN** |
| **PHILLIPS 66 COMPANY AND PHILLIPS 66** | **MAGISTRATE JUDGE DOUGLAS** |

## ORDER

Considering the foregoing Motion of Phillips 66 Company and Phillips 66,

IT IS HEREBY ORDERED that the Motion to Withdraw Mary Kathryn Gimber (#38748) of the law firm of Kean Miller LLP, 400 Convention Street, Suite 700, Baton Rouge, Louisiana 70802 as counsel of record for Phillips 66 Company and Phillips 66 is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA