UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH DIALS,<br><br>  *Plaintiff*<br><br>v.<br><br>PHILLIPS 66 COMPANY AND PHILLIPS 66,<br><br>  *Defendants* | CIVIL ACTION NO. 2:21-cv-1660 |

### STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, by and through their undersigned counsel, Plaintiff, Keith Dials, and Defendants, Phillips 66 Company and Phillips 66, hereby stipulate that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own costs and fees.

Respectfully submitted this 15th day of November, 2022,

| | |
|---|---|
| */s/ Casey Rose Denson* | */s/ Scott D. Huffstetler* |
| **Casey Rose Denson (La. Bar #33363)** | **Scott D. Huffstetler (La. Bar #28615)** |
| Justine G. Daniel (La. Bar #36856) | Chelsea G. Caswell (La. Bar #35147) |
| Meagan E. Mariano (La. Bar # 39969) | **KEAN MILLER LLP** |
| **CASEY DENSON LAW, LLC** | 400 Convention Street, Suite 700 (70802) |
| 4601 Dryades Street | Post Office Box 3513 |
| New Orleans, LA 70115 | Baton Rouge, LA 70821 |
| Phone: (504) 224-0110 | Telephone: (225) 387-0999 |
| Fax: (504) 534-3380 | Facsimile: (225) 388-9133 |
| cdenson@caseydensonlaw.com | Scott.huffstetler@keanmiller.com |
| jdaniel@caseydensonlaw.com | Chelsea.caswell@keanmiller.com |
| mmariano@caseydensonlaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |